UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TOMMY JOHN, INC.,<br><br>            Plaintiff,<br><br>- against -<br><br>DICK'S SPORTING GOODS, INC. and<br>AMERICAN SPORTS LICENSING, LLC,<br><br>            Defendants. | CASE NO. 17-cv-06957-PAE<br><br>ECF Case<br><br>**NOTICE OF APPEARANCE** |

To:   The clerk of this court and all parties of record:

I certify that I am admitted to practice in this Court, and I appear in this case as counsel for Defendants Dick's Sporting Goods, Inc. and American Sports Licensing, LLC.

Dated: New York, New York
October 3, 2017

                                                  */s/ Dale M. Cendali*
                                                  Dale M. Cendali
                                                  KIRKLAND & ELLIS LLP
                                                  601 Lexington Avenue
                                                  New York, New York 10022
                                                  Telephone: (212) 446-4800
                                                  Facsimile: (212) 446-4900
                                                  dale.cendali@kirkland.com

                                                  Attorney for Defendants