# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

|  |  |  |
|---|---|---|
| Dale M. Cendali, P.C.<br>To Call Writer Directly:<br>(212) 446-4846<br>dale.cendali@kirkland.com | 601 Lexington Avenue<br>New York, NY 10022<br><br>(212) 446-4800<br><br>www.kirkland.com | Facsimile:<br>(212) 446-4900 |

December 14, 2017

**Via ECF**

Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, NY 10007
EngelmayerNYSDChambers@nysd.uscourts.gov

Re: *Tommy John, Inc. v. Dick's Sporting Goods, Inc. and American Sports Licensing, LLC*, Case No. 1:17-cv-06957-PAE

Dear Judge Engelmayer:

We represent Defendants Dick's Sporting Goods, Inc. and American Sports Licensing, LLC (collectively "Defendants") in the above-captioned case, and write jointly with Plaintiff Tommy John, Inc. to inform Your Honor that the parties have reached a settlement in principle. In light of that, the parties respectfully request that this action be discontinued without costs and without prejudice to restoring the action to this Court's calendar if an application to do so is made within 60 days. The parties further request that the discontinuance suspend the December 18, 2017, deadline for Defendants to respond to Plaintiff's Complaint and Demand for Jury Trial.

| **KIRKLAND & ELLIS LLP** | **QUINN EMANUEL URQUHART & SULLIVAN, LLP** |
|---|---|
| *[signature]* | /s/Claudia Bogdanos |
| By: Dale Cendali<br>601 Lexington Avenue<br>New York, NY 10022<br>Tel.: (212) 446-4800<br>dale.cendali@kirkland.com | By: Claudia Bogdanos<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Tel: (212) 849-7000<br>claudiabogdanos@quinnemanuel.com |
| *Attorneys for Defendants* | *Attorneys for Plaintiff* |