UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TOMMY JOHN, INC.,<br><br>                              Plaintiff,<br><br>v.<br><br>DICK'S SPORTING GOODS, INC. and<br>AMERICAN SPORTS LICENSING, LLC,<br><br>                              Defendants. | Case No. 1:17-cv-06957-PAE<br><br>**STIPULATION OF DISMISSAL** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, this action and all claims and counterclaims therein are hereby dismissed with prejudice.

Dated:   New York, New York
         February 27, 2018

| QUINN EMANUEL URQUHART & SULLIVAN, LLP | KIRKLAND & ELLIS LLP |
|---|---|
| By:  /s/ Todd Anten<br>      Todd Anten<br>      Claudia T. Bogdanos<br>      Donald J. Reinhard, II<br><br>      51 Madison Avenue, 22nd Floor<br>      New York, NY 10010<br>      Tel: (212) 849-7000<br>      Fax: (212) 849-7100<br>      toddanten@quinnemanuel.com<br>      claudiabogdanos@quinnemanuel.com<br>      donaldreinhard@quinnemanuel.com<br><br>      *Attorneys for Plaintiff*<br>      TOMMY JOHN, INC. | By:  /s/ Dale Cendali<br>      Dale Cendali<br>      Claudia Ray<br>      Bonnie L. Jarrett<br><br>      601 Lexington Avenue<br>      New York, NY 10022<br>      Tel: (212) 446-4800<br>      Fax: (212) 446-4900<br>      dale.cendali@kirkland.com<br>      claudia.ray@kirkland.com<br>      bonnie.jarrett@kirkland.com<br><br>      *Attorneys for Defendant*<br>      DICK'S SPORTING GOODS, INC., and<br>      AMERICAN SPORTS LICENSING, LLC |